IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTOPHER ELLIOTT,** | 2:22-cv-1496 KJN P |
| Plaintiff, | **ORDER** |
| v. | |
| **R. HART, et al. ,** | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se in this civil rights action filed under 42 U.S.C. § 1983.  On April 28, 2023, defendants filed a motion to opt-out of the Post-Screening ADR Pilot Project.  (ECF No. 21.)  Plaintiff opposes the request; defendants filed a reply.

    Defendants claim they attempted to confer with plaintiff and arranged a phone call with him but were later informed that plaintiff refused to participate in the call.  Defendants have reviewed the case, dispute the allegations and liability, and intend to file a dispositive motion. Thus, defendants seek to opt out of the ADR Pilot Project and request an additional sixty days to file their responsive pleading to allow time to prepare a dispositive motion.

    Earlier, on April 19, 2023, in response to defendants' prior request for extension of time to file a motion to opt out, plaintiff objected to the request, claiming it was not his fault that receipt

of plaintiff's central file was delayed by prison staff, and he sought to have a settlement conference set. However, at that time, no motion to opt out had been filed, and it was not possible for defendants to evaluate plaintiff's claims without benefit of the central file.[1]

On May 11, 2023, plaintiff filed a motion styled, "Motion to Stop Defendant[s] from Opting Out," in which plaintiff renewed his objection to allowing defendants to opt out of the early settlement. (ECF No. 22.) Plaintiff claims that he was never told about any phone call and no one came to his door to notify plaintiff. (Id.)

In reply, defendants clarify that they arranged the telephone call through the prison's litigation coordinator, who notified counsel via email that plaintiff refused to participate in the scheduled call. (ECF No. 23.) But despite plaintiff's refusal and his failure to otherwise contact counsel, defendants maintain their position that opting out is appropriate and plan to file a dispositive motion.

Upon review of the parties' filings, the court finds good cause to grant defendants' request to opt out. Although plaintiff did not discuss his case with defendants, plaintiff did not address defendants' other reasons for opting out; that is, that they dispute liability and intend to file a dispositive motion. In light of those concerns, the undersigned grants defendants' request to opt out and denies plaintiff's motion to stop defendants from opting out.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 22) is denied;

2. Defendants' request to opt out of the Post-Screening ADR Project (ECF No. 21.) is granted.

////
////
////
////

---

[1] In addition, plaintiff did not sign his filing. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Plaintiff is cautioned that failure to submit signed filings may result in an order striking the unsigned filing from the record.

3. The ADR stay of this action is lifted.

4. Defendants shall file a responsive pleading within sixty days from the date of this order.

Dated:  May 26, 2023

/elli1496.opt

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE