UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT,<br><br>        Plaintiff,<br><br>   v.<br><br>R. HART, et al.,<br><br>        Defendants. | No. 2:22-cv-1496 KJN P<br><br><br><br>ORDER |

      Defendants filed a first motion for extension of time to file a responsive pleading. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendants' motion for an extension of time (ECF No. 25) is granted; and

      2. Defendants shall file a responsive pleading on or before August 24, 2023.

Dated: August 1, 2023

                                                                  */s/ Kendall J. Newman*<br>
                                                                  KENDALL J. NEWMAN<br>
                                                                  UNITED STATES MAGISTRATE JUDGE

/elli1496.36