UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT,<br><br>            Plaintiff,<br><br>      v.<br><br>R. HART, et al.,<br><br>            Defendants. | No.  2:22-cv-1496 KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis.  On July 31, 2013, plaintiff filed a document styled, "Notice of motion to stop dismiss[al] motion of defendant." (ECF No. 26.)  Plaintiff failed to sign his filing.

Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  Generally, the court would provide plaintiff an opportunity to re-file the motion bearing his signature.  However, plaintiff's motion is without merit.  Plaintiff appears to contend that the court should deny defendants an opportunity to file a motion to dismiss because counsel is a new attorney who is trying to delay prosecution of this action.  (ECF No. 26.)

Plaintiff is advised that the Federal Rules of Civil Procedure govern the filing of motions in this court.  Defendants are entitled to bring motions to dismiss under Rule 12 of the Federal Rules, as well as other motions permitted under such rules.  The court is unable to prevent

defendants from filing such motions, and plaintiff's "motion" is unsupported by legal authorities. Plaintiff's motion is denied. Plaintiff is admonished to sign all further documents submitted for filing in this action. Fed. R. Civ. P. 11(a).

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 26) is denied.

Dated: August 9, 2023

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/elli1496.den