UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT, | No. 2:22-cv-1496 CSK P |
| Plaintiff, | |
| v. | ORDER |
| R. HART, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On May 20, 2024, plaintiff filed an opposition to defendants' motion for summary judgment. (ECF No. 35.) However, plaintiff failed to sign his opposition. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). The court is unable to consider plaintiff's opposition unless he signs and re-files it.

Therefore, plaintiff is provided an opportunity to re-file his opposition bearing his signature. The opposition must bear plaintiff's signature. Failure to comply with this order will result in an order striking the unsigned opposition.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted twenty-one days from the date of this order in which to file a signed opposition to defendants' motion for summary judgment (ECF No. 34); and

1

2. The Clerk of the Court is directed to send plaintiff a copy of the May 20, 2024 opposition (ECF No. 35).

Dated: May 28, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/elli1496.r11

2