UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT,<br><br>   Plaintiff,<br><br>   v.<br><br>R. HART, et al.,<br><br>   Defendants. | No.  2:22-cv-1496 CSK P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On May 20, 2024, plaintiff filed an opposition to defendants' motion for summary judgment.  (ECF No. 35.)  However, plaintiff failed to sign his opposition.  On May 28, 2024, plaintiff was granted twenty-one days to provide a signed opposition.  (ECF No. 37.)  On June 4, 2024, plaintiff filed a two page document. (ECF No. 38.)  However, plaintiff again failed to sign the opposition.  (Id.)

Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  The court is unable to consider plaintiff's opposition unless he signs and re-files it.

Plaintiff is provided one final opportunity to re-file an opposition bearing his signature.  The opposition must bear plaintiff's signature.  Failure to comply with this order will result in an order striking the unsigned oppositions (ECF Nos. 35, 38), and the Court will consider

1 | defendants' motion for summary judgment without considering plaintiff's prior unsigned
2 | oppositions.

3 |     Accordingly, IT IS HEREBY ORDERED that:

4 |     1. Plaintiff is granted fourteen days from the date of this order in which to file a signed
5 | opposition to defendants' motion for summary judgment (ECF No. 34);

6 |     2. The Clerk of the Court is directed to send plaintiff a copy of the June 4, 2024
7 | opposition (ECF No. 38); and

8 |     3. Plaintiff is cautioned that failure to comply with this order will result in an order
9 | striking the unsigned oppositions, and the Court will consider defendants' motion for summary
10 | judgment without considering plaintiff's prior unsigned oppositions.

12 | Dated: June 7, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

15 | /1/elli1496.r11(2)