UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. HART, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-01496-DC-CSK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 34, 44) |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 20, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 44.) Plaintiff filed objections to the findings and recommendations. (ECF No. 45.) Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 44) are ADOPTED in full;
2. Defendants' motion for summary judgment based on Plaintiff's alleged failure to exhaust administrative remedies as to Defendant R. Hart (ECF No. 34) is DENIED;
3. Defendants' motion for summary judgment on Plaintiff's retaliation claims (ECF No. 34) is GRANTED;
4. Judgment shall be entered in favor of Defendants R. Hart and E. Ramirez; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 2, 2025**

Dena Coggins
United States District Judge

2